IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SYED WAHIDI,                    )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )         2:25cv723-MHT
                                )              (WO)
PHARMAVITE LLC,                 )
                                )
     Defendant.                 )
```

ORDER

Pursuant to the parties' stipulation (Doc. 8), it is ORDERED that:

(1) This case is stayed pending completion of arbitration.

(2) The court retains jurisdiction over this matter.

(3) This case is administratively closed pending completion of arbitration.

DONE, this the 13th day of November, 2025.

                                          /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE